Steve W. Berman (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
*steve@hbsslaw.com*

Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
*elaine@hbsslaw.com*

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PALMER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., a Delaware corporation, CAL-MAINE FOODS, INC., a Delaware corporation, <br><br> Defendants. | Case No.  18-cv-0459 DMS (BGS) <br><br> CLASS ACTION <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** |

1    Notice is hereby given that, pursuant to the Court's order of April 10, 2018, and

2 Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Brian Palmer voluntarily

3 dismisses without prejudice the above-entitled action against all defendants.  This

4 notice of dismissal is being filed with the Court before service by defendants of either

5 an answer or a motion for summary judgment.  Plaintiff does not believe that the

6 amount in controversy cannot be satisfied but, based on disclosures by defendants

7 indicating that the expected amount in controversy is less than previously anticipated,

8 no longer wishes to pursue this matter.  No consideration will pass between the parties

9 in exchange for this dismissal, and there has been and will be no concession of class

10 interests made by the class representative or counsel in exchange for this dismissal.

11

12 DATED:  May 8, 2018    HAGENS BERMAN SOBOL SHAPIRO LLP

13

14        By: */s/ Elaine T. Byszewski*

15        Elaine T. Byszewski (SBN 222304)
301 N. Lake Avenue, Suite 920

16        Pasadena, CA  91101
(213) 330-7150

17        elaine@hbsslaw.com

18        Steve W. Berman (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP

19        1918 Eighth Avenue, Suite 3300

20        Seattle, WA  98101
(206) 623-7292

21        *steve@hbsslaw.com*

22        *Attorneys for Plaintiff and the Proposed Class*

23

24

25

26

27

28